USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 05/08/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

MARY CONNER, Individually and as the representative of a class of similarly situated persons,

        Plaintiff,

v.

SUR LA TABLE, INC.,

        Defendant.
-----------------------------------------------------------x

No.: 18-CV-677 (ER)(BCM)

**STIPULATION AND ORDER**
**OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE**

Plaintiff Mary Conner, individually and as the representative of a class of similarly situated persons and Defendant Sur La Table, Inc., by their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(ii), hereby stipulate and agree to the voluntary dismissal of all claims in the captioned action.

This voluntary dismissal is WITH PREJUDICE, with each party to bear its own attorneys' fees, costs, and expenses, and this case shall now be marked by the Clerk of the Court as dismissed with prejudice.

Dated: May 7, 2018

Shaked Law Group P.C.

*[signature]*

Dan Shaked
44 Court Street, Suite 1217
Brooklyn, NY 11201
Telephone: (917)373-9128
Email: shakedlawgroup@gmail.com

*Attorneys for Plaintiff*

K&L GATES LLP

*[signature]*

Carol C. Lumpkin
Stephanie N. Moot
200 South Biscayne Boulevard, Suite 3900
Miami, Florida 33131
Telephone: (305) 539-3323
Email: carol.lumpkin@klgates.com
Email: stephanie.moot@klgates.com

*Attorneys for Defendant*

Dated: May 8, 2018

_____
United States Judge